# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORDUA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. 1:24-cv-00165-KES-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(ECF No. 6) |

Plaintiff initiated this action on February 6, 2024. (ECF No. 1.) The initial scheduling conference is currently set for August 8, 2024. (ECF No. 3.)

On March 6, 2024, the parties filed a stipulated to extend the deadline for Defendant to respond to the complaint until March 27, 2024. (ECF No. 4.) Because this initial extension was less than twenty-eight days from the deadline, no approval from the Court was necessary. See L.R. 144(a).

On March 26, 2024, the parties filed a joint motion to extend the deadline for Defendant to file a respond to the complaint to April 17, 2024. (ECF No. 6.) The parties seek Court approval of this extension past twenty-eight days to allow further time for factual development and settlement discussions. The Court finds good cause exists to grant the extension.

///

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have up to and including **April 17, 2024** to respond to the complaint in this matter.

IT IS SO ORDERED.

Dated:  **March 27, 2024**

UNITED STATES MAGISTRATE JUDGE