# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORDUA, et al., | Case No.  1:24-cv-00165-KES-SAB |
| Plaintiffs, | ORDER GRANTING HENRY COOPER ELLENBERG, II'S *PRO HAC VICE* APPLICATION |
| v. | |
| BANK OF AMERICA, N.A., | (ECF No. 12) |
| Defendant. | |

The court has read and considered the application of Henry Cooper Ellenberg, II, attorney for Plaintiffs Robert Cordua and Teresa Cordua, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.   Having reviewed the application, Henry Cooper Ellenberg, II's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **July 17, 2024**

UNITED STATES MAGISTRATE JUDGE

1