# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORDUA, et al., | Case No. 1:24-cv-00165-SAB |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER FOLLOWING CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| v. | |
| BANK OF AMERICA, N.A., | (ECF No. 16, 19) |
| Defendant. | |

Plaintiff initiated this action on February 6, 2024. (ECF No. 1.) A scheduling order issued on August 8, 2024 setting a pretrial conference and trial before the then-assigned district judge. (ECF No. 16.) The parties have since consented to the jurisdiction of the magistrate judge and this matter has been referred to the undersigned for all purposes. (ECF Nos. 17, 18, 19.) The Court shall amend the scheduling order to set the pretrial conference and trial dates in consideration of the parties' proposed dates in the joint scheduling report and the Court's calendar. (See ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. The pretrial conference is set for July 25, 2025 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone;

///

2. The trial is set for September 16, 2025 at 8:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone; and

3. All remaining deadlines set forth in the scheduling order, as modified, shall remain unaltered.

IT IS SO ORDERED.

Dated:   **August 16, 2024**

UNITED STATES MAGISTRATE JUDGE

2