1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| ROBERT CORDUA, et al., | Case No.  1:24-cv-00165-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT |
| v. | (ECF No. 22) |
| BANK OF AMERICA, N.A., | |
| Defendant. | TWENTY-ONE DAY DEADLINE |

17     On September 16, 2024, the parties stipulated to Plaintiff filing an amended complaint.

18  (ECF No. 22.)

19     Accordingly, pursuant to the stipulation, IT IS HEREBY ORDERED that:

20     1.     Plaintiff's first amended complaint is deemed filed on September 16, 2024; and

21     2.     Defendant shall file a response to the complaint within **twenty-one (21) days** of

22          the date of entry of this order.

23

24  IT IS SO ORDERED.

25  Dated:     **September 17, 2024**

UNITED STATES MAGISTRATE JUDGE

26

27

28

1