# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORDUA, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br>    Defendant. | Case No. 1:24-cv-00165-SAB <br><br> ORDER REGARDING STIPULATION FOR AMENDMENT OF SCHEDULING ORDER TO CONTINUE NON-EXPERT DISCOVERY 60 DAYS <br><br> (ECF No. 28) |

Before the Court is the parties' stipulation to extend the deadline for non-expert discovery, which is currently set for January 17, 2025. In light of the stipulation, and for good cause shown, the Court hereby grants the stipulation. The Court orders that the non-expert discovery deadline is extended to March 17, 2025. No other deadlines shall be affected by this order.

IT IS SO ORDERED.

Dated: **November 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge