# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORDUA, et al., | Case No. 1:24-cv-00165-SAB |
| Plaintiffs, | ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENT |
| v. | |
| BANK OF AMERICA, N.A., | (ECF No. 30) |
| Defendant. | **FEBRUARY 17, 2025 DEADLINE** |

On December 23, 2024, Plaintiffs filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed within sixty days, or no later than February 17, 2025. (ECF No. 30.)

Accordingly, pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents **no later than February 17, 2025**.

IT IS SO ORDERED.

Dated: __**December 26, 2024**__

STANLEY A. BOONE
United States Magistrate Judge

1